

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT DELAWARE

AIG RETIREMENT SERVICES, INC. (formerly known as SunAmerica Inc.), derivatively on behalf of NEW CALIFORNIA LIFE HOLDINGS, INC., a corporation organized under Delaware law, and AURORA NATIONAL LIFE ASSURANCE COMPANY, a stock insurance company under California law,

Plaintiff,

-v.-

ALTUS FINANCE S.A., a corporation organized under French law; AURORA, S.A., a corporation organized under French law; CDR ENTERPRISES, a corporation organized under French law; CONSORTIUM DE REALISATION S.A., a corporation organized under French law; MAAF ASSURANCES, a mutual insurer organized under French law; MAAF VIE S.A., a corporation organized under French law; CREDIT LYONNAIS S.A., a corporation organized under French law; ARTEMIS S.A., a corporation organized under French law; ARTEMIS FINANCE S.N.C., an entity doing business under French law; and FRANÇOIS PINAULT, an individual,

Defendants, and

AURORA NATIONAL LIFE ASSURANCE COMPANY, a stock insurance company under California law; and NEW CALIFORNIA LIFE HOLDINGS, INC., a Delaware corporation,

Nominal Defendants.

No. 05-236

Removed from the Court of Chancery, New Castle County, Delaware
C.A. No. 1007-N

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(d) (FOREIGN SOVEREIGN IMMUNITIES ACT)**

---

PLEASE TAKE NOTICE that defendant Consortium De Realisation S.A. ("CDR") (the "Removing Defendant") hereby removes to this Court the state court action described below. The Removing Defendant appears for the purpose of removal only and for no

other purpose, and reserves all defenses and rights available to it, including those available to it under Article 15 of the French Civil Code.

STATE COURT PROCEEDING

1. On January 14, 2005 an action was commenced in the Court of Chancery of the State of Delaware in and for New Castle County, entitled *AIG RETIREMENT SERVICES, INC. (formerly known as SunAmerica Inc.), derivatively on behalf of NEW CALIFORNIA LIFE HOLDINGS, INC., a corporation organized under Delaware law, and AURORA NATIONAL LIFE ASSURANCE COMPANY, a stock insurance company under California law v. ALTUS FINANCE S.A., a corporation organized under French law; AURORA, S.A., a corporation organized under French law; CDR ENTERPRISES, a corporation organized under French law; CONSORTIUM DE REALISATION S.A., a corporation organized under French law; MAAF ASSURANCES, a mutual insurer organized under French law; MAAF VIE S.A., a corporation organized under French law; CREDIT LYONNAIS S.A., a corporation organized under French law; ARTEMIS S.A., a corporation organized under French law; ARTEMIS FINANCE S.N.C., an entity doing business under French law; and FRANÇOIS PINAULT, an individual, AURORA NATIONAL LIFE ASSURANCE COMPANY, a stock insurance company under California law; and NEW CALIFORNIA LIFE HOLDINGS, INC., a Delaware corporation,* Civil Action No. 1007-N. Copies of the summons and complaint were received by the Removing Defendant by registered mail in France on or after March 25, 2005. Copies of the summons, complaint and related documents are attached hereto as Exhibit A.

2. This Notice of Removal is being filed within thirty days after receipt by the Removing Defendant of a copy of the initial pleading setting forth the claim for relief in this action, and is therefore timely filed pursuant to 28 U.S.C. § 1446(b). Pursuant to 28 U.S.C. §

1446(a), copies of all process, pleadings and orders on file in the Court of Chancery in this action, including those served upon the Removing Defendant, are attached to this Notice of Removal as Exhibit B.

FOREIGN SOVEREIGN IMMUNITIES ACT JURISDICTION

3. This Court has original jurisdiction over this civil action under the provisions of 28 U.S.C. § 1330(a), which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(d) because it is a civil action against a foreign state, under 28 U.S.C. § 1603(a) of the Foreign Sovereign Immunities Act ("FSIA").

4. CDR is an "agency or instrumentality of a foreign state" under the FSIA, 28 U.S.C. § 1603, entitled to invoke the rights and protections afforded by the FSIA with respect to the claims asserted in this action. CDR is wholly owned by Etablissement Public de Financement et de Restructuration, a public administrative institution of the Republic of France. CDR is also an "organ" of the Republic of France under the FSIA, 28 U.S.C. § 1603(b)(2).

SERVICE AND FILING OF NOTICE

5. The Removing Defendant will promptly serve a copy of this Notice of Removal on counsel for all parties and will file a copy of the Notice of Removal with the Register in Chancery of the Court of Chancery of the State of Delaware in and for New Castle County, pursuant to 28 U.S.C. § 1446(d).



Samuel A. Nolen (#971)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(320) 651-7700
nolen@rlf.com
Attorneys for Defendants Consortium De Realisation S.A., CDR Enterprises (formerly known as Altus Finance S.A.) and Credit Lyonnais S.A.

Of Counsel:

WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 626-3200

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2005, I caused true and correct copies of the foregoing document to be served by hand on the following counsel at the addresses indicated below:

Kenneth I. Nachbar
Megan Ward Cascio
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

Rolin P. Bissell
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

John C. Phillips
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

Samuel A. Nolen (#971)