# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIG RETIREMENT SERVICES, INC. (formerly known as SunAmerica Inc.), derivatively on behalf of NEW CALIFORNIA LIFE HOLDINGS, INC., a corporation organized under Delaware law, and AURORA NATIONAL LIFE ASSURANCE COMPANY, a stock insurance company under California law,<br><br>   Plaintiff,<br><br>   v.<br><br>ALTUS FINANCE S.A., a corporation organized under French law, AURORA, S.A., a corporation organized under French law, CDR ENTERPRISES, a corporation organized under French law, CONSORTIUM DE REALISATION S.A., a corporation organized under French law, MAAF ASSURANCES, a mutual insurer organized under French law, MAAF VIE S.A., a corporation organized under French law, CREDIT LYONNAIS S.A., a corporation organized under French law, ARTEMIS, S.A., a corporation organized under French law, ARTEMIS FINANCE S.N.C., an entity doing business under French law, and FRANCOIS PINAULT, an individual,<br><br>   Defendants, and<br><br>AURORA NATIONAL LIFE ASSURANCE COMPANY, a stock insurance company under California law, and NEW CALIFORNIA LIFE HOLDINGS, INC., a Delaware corporation,<br><br>   Nominal Defendants. | Civil Action No. 05-236 |

## STIPULATION AND PROPOSED ORDER
## EXTENDING TIME TO RESPOND TO COMPLAINT

-2-

WHEREAS, this action was commenced in the Court of Chancery of the State of Delaware in and for New Castle County and thereafter removed to this Court on April 25, 2005, and

WHEREAS, prior to removal of this action to this Court plaintiff entered into stipulations with certain defendants extending their time to respond to the Complaint until July 11, 2005, and agreed to extend the response date of Consortium de Réalisation S.A., CDR Entreprises S.A. (f/k/a Altus Finance S.A. and sued herein as CDR Enterprises) and Crédit Lyonnais S.A. ("Stipulating Defendants") to such date, and

WHEREAS, the parties hereto desire to formalize such agreement by this Stipulation and Order,

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to approval by the Court, as follows:

1. The Stipulating Defendants waive any objections to the manner, method or effectiveness of service of process on them in this action.

2. By entering into this Stipulation, the Stipulating Defendants do not intend to waive any other defenses (including, among others, defenses based on lack of venue or jurisdiction of the court), to waive any rights under the Foreign Sovereign Immunities Act, *see* generally 28 U.S.C. § 1608, or to waive any rights or defenses under Article 15 of the French Civil Code.

3. In view of the waiver in paragraph 1 hereof, and the additional time afforded foreign sovereigns to respond to civil complaints under the Foreign Sovereign Immunities Act, see 28 U.S.C. § 1608(d), and Fed. R. Civ. P. 12, the time for each of the

Stipulating Defendants to respond to the Complaint in this action is hereby extended to and including July 11, 2005.

| | |
|---|---|
| /s/ Megan Cascio | /s/ Samuel Nolen |
| Kenneth J. Nachbar (#2067) | Samuel A. Nolen (#971) |
| Megan Ward Cascio (#3785) | Richards, Layton & Finger, P.A. |
| Morris, Nichols, Arsht & Tunnell | One Rodney Square |
| 1201 North Market Street | P.O. Box 551 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 651-7700 |
| mcascio@mnat.com | nolen@rlf.com |
|    Attorneys for Plaintiff |    Attorney for Defendants Consortium de Réalisation S.A., CDR Entreprises S.A. (f/k/a Altus Finance S.A.) and Crédit Lyonnais S.A. |

SO ORDERED this _____ day of _____, 2005

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2005, I electronically filed the Stipulation and Order with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

      John C. Phillips, Jr., Esquire
      Phillips, Goldman & Spence, P.A.
      1200 North Broom Street
      Wilmington, DE 19806

      Rolin Bissell, Esquire
      Young Conaway Stargatt & Taylor LLP
      The Brandywine Building
      1000 West Street, 17th Floor
      Wilmington, DE 19899

                      _____
                        Samuel A. Nolen (#971)