IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIG RETIREMENT SERVICES, INC. (formerly known as SunAmerica Inc.), derivatively on behalf of NEW CALIFORNIA LIFE HOLDINGS, INC., a corporation organized under Delaware law, and AURORA NATIONAL LIFE ASSURANCE COMPANY, a stock insurance company under California law;<br><br>           Plaintiff,<br>v.<br><br>ALTUS FINANCE S.A., a corporation organized under French law; AURORA, S.A., a corporation organized under French law; CDR ENTERPRISES, a corporation organized under French law; CONSORTIUM DE REALISATION S.A., a corporation organized under French law; MAAF ASSURANCES, a mutual insurer organized under French law; MAAF VIE S.A., a corporation organized under French law; CRÉDIT LYONNAIS S.A., a corporation organized under French law; ARTÉMIS, S.A., a corporation organized under French law; ARTÉMIS FINANCE S.N.C., an entity doing business under French law; and FRANCOIS PINAULT, an individual,<br><br>           Defendants, and<br><br>AURORA NATIONAL LIFE ASSURANCE COMPANY, a stock insurance company under California law; and NEW CALIFORNIA LIFE HOLDINGS, INC., a Delaware corporation,<br><br>           Nominal Defendants. | Civil Action No. 05-236-SLR |

## ENTRY OF APPEARANCE

The law firm of Young Conaway Stargatt & Taylor, LLP, hereby enters its appearance on behalf of defendants Aurora S.A., Artémis, S.A., Artémis Finance S.N.C., and Francois Pinault.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Rolin P. Bissell
Rolin P. Bissell (No. 4478)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6600
Email: rbissell@ycst.com
Email: gmandalas@ycst.com

Attorneys for Aurora, S.A., Artémis, S.A,
Artémis Finance S.N.C., and Francois Pinault

Date: May 5, 2005

## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, hereby certify that on May 5, 2005, the foregoing Notice of Apperance was electronically filed with the Court using CM/ECF which will send notification of such filing to the below-listed parties. I further certifiy that the foreoing was served by first-class mail or hand-deliver, as indicated.

*(Hand Delivery)*
Megan Ward Casio, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

*(First Class Mail)*
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*(Hand Delivery)*
Samuel A. Nolen, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Glenn C. Mandalas (No. 4432)