IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIG RETIREMENT SERVICE, INC., et al., ) ) ) Plaintiff, ) ) v. ) ) ALTUS FINANCE, S.A., et al. ) ) Defendants, ) ) and ) ) AURORA NATIONAL LIFE ) ASSURANCE COMPANY and ) NEW CALIFORNIA LIFE ) HOLDINGS, INC., ) ) Nominal Defendants. ) | Civil Action No. 05-236-SLR |

**ENTRY OF APPEARANCE**

The undersigned hereby enter their appearance on behalf of Aurora National Life Assurance Company and New California Life Holdings, Inc.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
John C. Phillips, Jr., Esquire (# 110)
Brian E. Farnan, Esquire (#6751)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200 (Telephone)
(302) 655-4210 (Facsimile)

Date: May 6, 2005

## CERTIFICATE OF SERVICE

I, TAMMY A. PATTERSON, hereby certify that I am over the age of 18 and that on May 9, 2005, I caused the *Entry of Appearance* to be served on the persons appearing on the list below via first class U.S. Mail.

Marc Feinstein, Esquire
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, CA   90071-2899

Kenneth J. Nachbar, Esq.
Megan Ward Cascio, Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE   19899-1347

Rolin P. Bissell, Esquire
Glenn C. Mandalas, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE   19899

Samuel A. Nolen, Esquire
Richard, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE   19899

Under penalty of perjury, I certify the foregoing to be true and correct.

TAMMY A. PATTERSON