## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

SAMUEL A. NOLEN
DIRECTOR

DIRECT DIAL NUMBER
302-651-7752
NOLEN@RLF.COM

May 9, 2005

**BY ELECTRONIC FILING**

The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street
Room 4209, Lock Box 18
Wilmington, DE 19801

> Re:    *AIG Retirement Services, Inc., et al. v. Altus Finance S.A., et al*
> *C.A. No. 05-236-SLR*

Dear Chief Judge Robinson:

This case was removed to this Court from the Court of Chancery on April 25, 2005. Local Rule 81.2 requires, with respect to removed cases, that the parties submit a statement identifying all pending matters which require judicial action. At the time of removal, stipulations extending the time to respond to the Complaint had been agreed and entered into by a number of parties and approved by the Court of Chancery. Following removal, a Stipulation extending the time of certain additional defendants to respond to the complaint was submitted to this Court (Dkt. No. 2). I am authorized by all counsel to report that, other than that Stipulation, there are no pending matters which require judicial action.

As always, counsel are available should Your Honor have questions.

Respectfully submitted,

Samuel A. Nolen (#971)

SAN/meh
cc:    Clerk of the Court (by electronic filing)
       Megan Ward Cascio, Esq. (by electronic filing)
       John C. Phillips, Jr., Esq. (by electronic filing)
       Rolin P. Bissell, Esq. (by electronic filing)

RLF1-2873147-1