IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIG RETIREMENT SERVICES, INC. (formerly known as SunAmerica Inc.), derivatively on behalf of NEW CALIFORNIA LIFE HOLDINGS, INC., a corporation organized under Delaware law, and AURORA NATIONAL LIFE ASSURANCE COMPANY, a stock insurance company under California law, : : : : : : : : : : | |
| Plaintiff, : : | C. A. No.  05-236-SLR |
| v. : : | |
| ALTUS FINANCE S.A., a corporation organized under French law; AURORA, S.A., a corporation organized under French law; CDR ENTERPRISES, a corporation organized under French law; CONSORTIUM DE REALISATION S.A., a corporation organized under French law; MAAF ASSURANCES, a mutual insurer organized under French law; MAAF VIE S.A., a corporation organized under French law; CRÉDIT LYONNAIS S.A., a corporation organized under French law; ARTÉMIS, S.A., a corporation organized under French law; ARTÉMIS FINANCE S.N.C., an entity doing business under French law; and FRANCOIS PINAULT, an individual, : : : : : : : : : : : : : : : : : : : : : : : | |
| Defendants, and : : | |
| AURORA NATIONAL LIFE ASSURANCE COMPANY, a stock insurance company under California law; and NEW CALIFORNIA LIFE HOLDINGS, INC., a Delaware corporation, : : : : : : | |
| Nominal Defendants. : | |

900200.00001/40153407v1

## STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff AIG Retirement Services, Inc., on the one hand, and Defendants MAAF Assurances and MAAF Vie, S.A. (the "MAAF Defendants"), on the other hand, respectfully request that the Court approve this Stipulation and Order to extend the deadline for the MAAF Defendants to file a response to Plaintiff's Complaint.

IT IS HEREBY STIPULATED by and between Plaintiff and MAAF Defendants, through their respective counsel of record, that each of the MAAF Defendants waives any objection as to the manner, method, or effectiveness of service of process on it.

IT IS HEREBY FURTHER STIPULATED that in exchange for the waiver of objection to service of process above, Plaintiff agrees that the time for the MAAF Defendants to respond to the Complaint is extended to and including July 11, 2005.

IT IS HEREBY FURTHER STIPULATED that, except with respect to challenging the sufficiency of service of process on each of them, which has been expressly waived herein, nothing herein shall affect any rights, defenses or claims that the MAAF Defendants may have including, without limitation, all defenses under the French Civil Code, including Article 15 thereof, all jurisdictional defenses under United States law, both personal and subject matter, and all rights under the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters or the Hague Convention on Taking of Evidence Abroad in Civil or commercial Matters, and that these and all other rights, defenses or claims of the MAAF Defendants are expressly reserved.

900200.00001/40153407v1

MORRIS, NICHOLS, ARSHT & TUNNELL

_/s/ Megan Cascio_
Kenneth J. Nachbar (#2067)
Megan Ward Cascio (#3785)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

*Attorneys for Plaintiffs*

BLANK ROME LLP

_/s/ Neal C. Belgam_
Neal C. Belgam (#2721)
1201 North Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6472

*Attorneys for MAAF Assurances and MAAF Vie, S.A.*

SO ORDERED this _____ day of _____, 2005.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT DELAWARE

| | |
|---|---|
| AIG RETIREMENT SERVICES, INC. f/k/a SunAmerica, Inc., derivatively on behalf of NEW CALIFORNIA LIFE HOLDINGS, INC. a corporation organized under Delaware law, and AURORA NATIONAL LIFE ASSURANCE COMPANY, a stock insurance company under California law,<br><br>               Plaintiff,<br><br>  -v-<br><br>ALTUS FINANCE S.A., a corporation organized under French law; AURORA S.A. a corporation organized under French law; CDR ENTERPRISES, a corporation organized under French law; CONSORTIUM DE REALISATION S.A., a corporation organized under French law; MAAF ASSURANCES, a mutual insurer organized under French law; MAAF VIE S.A., a corporation organized under French law; CREDIT LYONNAIS S.A., a corporation organized under French law; ARTEMIS S.A., a corporation organized under French law; ARTEMIS FINANCE S.N.C., an entity doing business under French law; and FRANÇOIS PINAULT, an individual,<br><br>               Defendants, and<br><br>AURORA NATIONAL LIFE ASSURANCE COMPANY, a stock insurance company under California law, and NEW CALIFORNIA LIFE HOLDINGS, INC., a Delaware corporation,<br><br>               Nominal Defendants. | No. 05-236<br>Removed from the Court of Chancery, New Castle County Delaware<br>C.A. No. 1007-N |

## CERTIFICATE OF SERVICE

## **CERTIFICATE OF SERVICE**

Neal C. Belgam, Esquire, hereby certifies that on May 11, 2005, copies of the foregoing STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT were served via electronic filing upon the following:

Megan Ward Cascio Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347

John C. Phillips Jr., Esquire
Phillips Goldman & Spence P.A.
1200 North Broom Street
Wilmington, DE 19806

Rolin P. Bissell Esquire
Young Conaway Stargatt & Taylor LLP
P.O. Box 391, 17th Floor
The Brandywine Building
1000 West Street
Wilmington, DE 19899-0391

Samuel A. Nolen Esquire
Richards Layton & Finger, P.A.
One Rodney Square
10th & King Streets
Wilmington, DE 19899

_____
Neal C. Belgam (DE. I.D. #2721)