IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIG RETIREMENT SERVICES, INC. (formerly known as SunAmerica Inc.), derivatively on behalf of NEW CALIFORNIA LIFE HOLDINGS, INC., a corporation organized under Delaware law, and AURORA NATIONAL LIFE ASSURANCE COMPANY, a stock insurance company under California law;<br><br>     Plaintiff,<br><br>     v.<br><br>ALTUS FINANCE S.A., a corporation organized under French law; AURORA, S.A., a corporation organized under French law; CDR ENTERPRISES, a corporation organized under French law; CONSORTIUM DE REALISATION S.A., a corporation organized under French law; MAAF ASSURANCES, a mutual insurer organized under French law; MAAF VIE S.A., a corporation organized under French law; CRÉDIT LYONNAIS S.A., a corporation organized under French law; ARTÉMIS, S.A., a corporation organized under French law; ARTÉMIS FINANCE S.N.C., an entity doing business under French law; and FRANCOIS PINAULT, an individual,<br><br>     Defendants, and<br><br>AURORA NATIONAL LIFE ASSURANCE COMPANY, a stock insurance company under California law; and NEW CALIFORNIA LIFE HOLDINGS, INC., a Delaware corporation,<br><br>     Nominal Defendants. | C.A. No. 05-236-SLR |

AFFIDAVIT OF COMPLIANCE PURSUANT TO 10 DEL. C. § 3104

STATE OF DELAWARE   )
                    ) ss
NEW CASTLE COUNTY   )

Megan Ward Cascio, being duly sworn, deposes and says:

1. I am an attorney with the firm of Morris, Nichols, Arsht & Tunnell, who represents the plaintiff in the above-captioned action and am duly authorized to make this Affidavit on its behalf and to represent the facts set forth herein.

2. Pursuant to 10 Del. C. § 3104, the Secretary of State of the State of Delaware was served with the Summons, Complaint, and related suit papers in this action on March 14, 2005.

3. On March 17, 2005 I caused to be sent copies of the Summons, Complaint, Motion for Appointment of Special Process Server, and Supplemental Information Statement by international registered mail, return receipt requested, together with a letter stating that service had been made upon the Secretary of State of the State of Delaware pursuant to 10 Del. C. § 3104 to each of the defendants at the addresses indicated below:

> Altus Finance S.A.
> 3-5 Rue St. Georges
> Paris 75
> France 75009
>
> Aurora S.A.
> Siège Social
> 12 rue François 1ER
> 75008 Paris
> France
>
> Aurora S.A.
> 56 Rue de Lille
> Paris 75
> France 75007
>
> Aurora S.A.
> Siège Social
> 19 Bld des Italiens
> 75002 Paris
> France

Aurora S.A.
18, rue de la République
69002 Lyon
France

CDR Enterprises
3-5 Rue St. Georges
Paris 75
France 75009

CDR Enterprises
Siège Social
19 Bld des Italiens
75002 Paris
France

CDR Enterprises
18, rue de la République
69002 Lyon
France

Consortium de Realisation S.A.
3-5 Rue St. Georges
Paris 75
France 75009

MAAF Assurances
Chauray
79036 Niort Cedex 9
France

MAAF Assurances
Chaban
Chauray 79
France 791809

MAAF Vie S.A.
Chauray
79036 Niort Cedex 9
France

MAAF Vie S.A.
Chaban
Chauray 79
France 79180

>Credit Lyonnais S.A.
>Siège Social
>19 Bld des Italiens
>75002 Paris
>France
>
>Credit Lyonnais S.A.
>18, rue de la République
>69002 Lyon
>France
>
>Artemis S.A.
>Siège Social
>12 rue François 1ER
>75008 Paris
>France
>
>Artemis S.A.
>56 Rue de Lille
>Paris 75
>France 75007
>
>Artemis Finance S.N.C.
>12 Rue Francois 1ER
>Paris 75
>France 75008
>
>François Pinault
>Pinault Printemps Redoute Groupe
>Siège Social
>10 Avenue Hoche
>75381 Paris cedex 08
>France

A copy of the letters are attached hereto as Exhibit A. The documents enclosed in each letter are attached as Exhibit B.

    4.    Attached hereto as Exhibit C are the return receipts for the letters.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Megan Cascio*
_____
Megan Ward Cascio (#3785)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
   Attorneys for Plaintiff

SUBSCRIBED AND SWORN TO before me this
2ND day of JUNE, 2005.

_____
Notary Public

457392

BARBARA A. PIETRUCZENIA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan. 14, 2006