# EXHIBIT A

# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Megan Ward Cascio
302 575 7364
302 498 6214 Fax
mcascio@mnat.com

March 17, 2005

**INTERNATIONAL REGISTERED MAIL
RETURN RECEIPT REQUESTED**

Altus Finance S.A.
3-5 Rue St. Georges
Paris 75
France, 75009

      Re:    <u>AIG Retirement Services, Inc. v. Altus Finance S.A., et al.</u>

Dear Sir/Madam:

      This letter constitutes notice under 10 <u>Del. C.</u> § 3104 that suit has been instituted against Altus Finance S.A. in the Court of Chancery of the State of Delaware in and for New Castle County. Enclosed is a copy of the Summons, Complaint, Motion for Appointment of Special Process Server and Supplemental Information Statement.

      Please be advised that the original Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon Altus Finance S.A. and that under the provisions of 10 <u>Del. C.</u> § 3104 such service is effective for all intents and purposes as if it had been made upon Altus Finance S.A. personally within the State of Delaware.

Sincerely,

*Megan Cascio*

Megan Ward Cascio

Enclosures

455842

# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

MEGAN WARD CASCIO
302 575 7364
302 498 6214 FAX
mcascio@mnat.com

March 17, 2005

**INTERNATIONAL REGISTERED MAIL
RETURN RECEIPT REQUESTED**

Aurora S.A.
Siège Social
12 rue François 1 ER
75008 Paris
France

Aurora S.A.
Siège Social
19 Bld des Italiens
75002 Paris
France

Aurora S.A.
18, rue de la République
69002 Lyon
France

Aurora S.A.
56 Rue de Lille
Paris 75
France 75007

    Re: <u>AIG Retirement Services, Inc. v. Altus Finance S.A., et al.</u>

Dear Sir/Madam:

   This letter constitutes notice under 10 <u>Del. C.</u> § 3104 that suit has been instituted against Aurora S.A. in the Court of Chancery of the State of Delaware in and for New Castle County. Enclosed is a copy of the Summons, Complaint, Motion for Appointment of Special Process Server and Supplemental Information Statement.

   Please be advised that the original Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon Aurora S.A. and that under the provisions of 10 <u>Del. C.</u> § 3104 such service is effective for all intents and purposes as if it had been made upon Aurora S.A. personally within the State of Delaware.

               Sincerely,

               */s/ Megan Cascio*
               Megan Ward Cascio

Enclosures
455846

# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

MEGAN WARD CASCIO
302 575 7364
302 498 6214 FAX
mcascio@mnat.com

March 17, 2005

**INTERNATIONAL REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

CDR Enterprises
3-5 Rue St. Georges
Paris 75
France 75009

CDR Enterprises
Siège Social
19 Bld des Italiens
75002 Paris
France

CDR Enterprises
18, rue de la République
69002 Lyon
France

    Re:  <u>AIG Retirement Services, Inc. v. Altus Finance S.A., et al.</u>

Dear Sir/Madam:

  This letter constitutes notice under 10 <u>Del. C.</u> § 3104 that suit has been instituted against CDR Enterprises in the Court of Chancery of the State of Delaware in and for New Castle County. Enclosed is a copy of the Summons, Complaint, Motion for Appointment of Special Process Server and Supplemental Information Statement.

  Please be advised that the original Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon CDR Enterprises and that under the provisions of 10 <u>Del. C.</u> § 3104 such service is effective for all intents and purposes as if it had been made upon CDR Enterprises personally within the State of Delaware.

                Sincerely,

                */s/ Megan Cascio*
                Megan Ward Cascio

Enclosures
455847

# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 Fax

MEGAN WARD CASCIO
302 575 7364
302 498 6214 Fax
mcascio@mnat.com

March 17, 2005

**INTERNATIONAL REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Consortium de Realisation S.A.
3-5 Rue St. Georges
Paris 75
France 75009

Re: <u>AIG Retirement Services, Inc. v. Altus Finance S.A., et al.</u>

Dear Sir/Madam:

This letter constitutes notice under 10 <u>Del. C.</u> § 3104 that suit has been instituted against Consortium de Realisation S.A. in the Court of Chancery of the State of Delaware in and for New Castle County. Enclosed is a copy of the Summons, Complaint, Motion for Appointment of Special Process Server and Supplemental Information Statement.

Please be advised that the original Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon Consortium de Realisation S.A. and that under the provisions of 10 <u>Del. C.</u> § 3104 such service is effective for all intents and purposes as if it had been made upon Consortium de Realisation S.A. personally within the State of Delaware.

Sincerely,

*Megan Cascio*

Megan Ward Cascio

Enclosures

456093

# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Megan Ward Cascio
302 575 7364
302 498 6214 Fax
mcascio@mnat.com

March 17, 2005

**INTERNATIONAL REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

MAAF Assurances                    MAAF Assurances
Chauray                            Chaban
79036 Niort Cedex 9                Chauray 79
France                             France 791809

Re:   <u>AIG Retirement Services, Inc. v. Altus Finance S.A., et al.</u>

Dear Sir/Madam:

This letter constitutes notice under 10 <u>Del. C.</u> § 3104 that suit has been instituted against MAAF Assurances in the Court of Chancery of the State of Delaware in and for New Castle County. Enclosed is a copy of the Summons, Complaint, Motion for Appointment of Special Process Server and Supplemental Information Statement.

Please be advised that the original Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon MAAF Assurances and that under the provisions of 10 <u>Del. C.</u> § 3104 such service is effective for all intents and purposes as if it had been made upon MAAF Assurances personally within the State of Delaware.

Sincerely,

*Megan Cascio*
Megan Ward Cascio

Enclosures

455849

# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Megan Ward Cascio
302 575 7364
302 498 6214 Fax
mcascio@mnat.com

March 17, 2005

**INTERNATIONAL REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

MAAF Vie S.A.
Chauray
79036 Niort Cedex 9
France

MAAF Vie S.A.
Chaban
Chauray 79
France 79180

Re:   <u>AIG Retirement Services, Inc. v. Altus Finance S.A., et al.</u>

Dear Sir/Madam:

This letter constitutes notice under 10 <u>Del. C.</u> § 3104 that suit has been instituted against MAAF Vie S.A. in the Court of Chancery of the State of Delaware in and for New Castle County. Enclosed is a copy of the Summons, Complaint, Motion for Appointment of Special Process Server and Supplemental Information Statement.

Please be advised that the original Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon MAAF Vie S.A. and that under the provisions of 10 <u>Del. C.</u> § 3104 such service is effective for all intents and purposes as if it had been made upon MAAF Vie S.A. personally within the State of Delaware.

Sincerely,

*Megan Cascio*

Megan Ward Cascio

Enclosures

455851

# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Megan Ward Cascio
302 575 7364
302 498 6214 Fax
mcascio@mnat.com

March 17, 2005

**INTERNATIONAL REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Credit Lyonnais, S.A.           Credit Lyonnais, S.A
Siège Social                    18, rue de la République
19 Bld des Italiens             69002 Lyon
75002 Paris                     France
France

Re:   AIG Retirement Services, Inc. v. Altus Finance S.A., et al.

Dear Sir/Madam:

This letter constitutes notice under 10 Del. C. § 3104 that suit has been instituted against Credit Lyonnais, S.A. in the Court of Chancery of the State of Delaware in and for New Castle County. Enclosed is a copy of the Summons, Complaint, Motion for Appointment of Special Process Server and Supplemental Information Statement.

Please be advised that the original Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon Credit Lyonnais, S.A. and that under the provisions of 10 Del. C. § 3104 such service is effective for all intents and purposes as if it had been made upon Credit Lyonnais, S.A. personally within the State of Delaware.

Sincerely,

*Megan Cascio*

Megan Ward Cascio

Enclosures

455852

# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Megan Ward Cascio
302 575 7364
302 498 6214 Fax
mcascio@mnat.com

March 17, 2005

**INTERNATIONAL REGISTERED MAIL
RETURN RECEIPT REQUESTED**

Artemis S.A.
Siège Social
12 rue François 1 ER
75008 Paris
France

Artemis S.A.
56 Rue de Lille
Paris 75
France 75007

Re:    AIG Retirement Services, Inc. v. Altus Finance S.A., et al.

Dear Sir/Madam:

This letter constitutes notice under 10 Del. C. § 3104 that suit has been instituted against Artemis S.A. in the Court of Chancery of the State of Delaware in and for New Castle County. Enclosed is a copy of the Summons, Complaint, Motion for Appointment of Special Process Server and Supplemental Information Statement.

Please be advised that the original Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon Artemis S.A. and that under the provisions of 10 Del. C. § 3104 such service is effective for all intents and purposes as if it had been made upon Artemis S.A. personally within the State of Delaware.

Sincerely,

Megan Ward Cascio

Enclosures

455853

# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

MEGAN WARD CASCIO
302 575 7364
302 498 6214 FAX
mcascio@mnat.com

March 17, 2005

**INTERNATIONAL REGISTERED MAIL
RETURN RECEIPT REQUESTED**

Artemis Finance S.N.C.
12 Rue Francois 1 ER
Paris 75
France 75008

      Re:    AIG Retirement Services, Inc. v. Altus Finance S.A., et al.

Dear Sir/Madam:

      This letter constitutes notice under 10 Del. C. § 3104 that suit has been instituted against Artemis S.A. in the Court of Chancery of the State of Delaware in and for New Castle County. Enclosed is a copy of the Summons, Complaint, Motion for Appointment of Special Process Server and Supplemental Information Statement.

      Please be advised that the original Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon Artemis S.A. and that under the provisions of 10 Del. C. § 3104 such service is effective for all intents and purposes as if it had been made upon Artemis S.A. personally within the State of Delaware.

      Sincerely,

      Megan Ward Cascio

Enclosures

455854

# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Megan Ward Cascio
302 575 7364
302 498 6214 Fax
mcascio@mnat.com

March 17, 2005

**INTERNATIONAL REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

François Pinault
Pinault Printemps Redoute Groupe
Siège Social
10 Avenue Hoche
75381 Paris cedex 08
France

    Re: <u>AIG Retirement Services, Inc. v. Altus Finance S.A., et al.</u>

Dear Sir/Madam:

  This letter constitutes notice under 10 <u>Del. C.</u> § 3104 that suit has been instituted against François Pinault in the Court of Chancery of the State of Delaware in and for New Castle County. Enclosed is a copy of the Summons, Complaint, Motion for Appointment of Special Process Server and Supplemental Information Statement.

  Please be advised that the original Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon François Pinault and that under the provisions of 10 <u>Del. C.</u> § 3104 such service is effective for all intents and purposes as if it had been made upon François Pinault personally within the State of Delaware.

            Sincerely,

            *Megan Cascio*
            Megan Ward Cascio

Enclosures

455855