IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIG RETIREMENT SERVICES, INC. (formerly known as SunAmerica Inc.), derivatively on behalf of NEW CALIFORNIA LIFE HOLDINGS, INC., a corporation organized under Delaware law, and AURORA NATIONAL LIFE ASSURANCE COMPANY, a stock insurance company under California law, : : : : : : : : : |  |
| Plaintiff, : |  |
| v. : | C. A. No.  05-236-SLR |
| : |  |
| ALTUS FINANCE S.A., a corporation organized under French law; AURORA, S.A., a corporation organized under French law; CDR ENTERPRISES, a corporation organized under French law; CONSORTIUM DE REALISATION S.A., a corporation organized under French law; MAAF ASSURANCES, a mutual insurer organized under French law; MAAF VIE S.A., a corporation organized under French law; CRÉDIT LYONNAIS S.A., a corporation organized under French law; ARTÉMIS, S.A., a corporation organized under French law; ARTÉMIS FINANCE S.N.C., an entity doing business under French law; and FRANCOIS PINAULT, an individual, : : : : : : : : : : : : : : | Removed from the Court of Chancery, New Castle County, Delaware C.A. No. 1007-N |
| Defendants, and : |  |
| AURORA NATIONAL LIFE ASSURANCE COMPANY, a stock insurance company under California law; and NEW CALIFORNIA LIFE HOLDINGS, INC., a Delaware corporation, : : : : |  |
| Nominal Defendants. : |  |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Richard J. Ney, Esquire, and Susan St. Denis, Esquire of the law firm of Chadbourne & Parke LLP to represent Defendants MAAF Assurances and MAAF Vie S.A.

(collectively "MAAF") in this matter. The appearance of counsel in this case is without prejudice to any and all defenses of MAAF, including, without limitation, Article 15 of the French Civil Code, and all jurisdictional defenses under U.S. law which defenses are expressly reserved and preserved.

BLANK ROME LLP

By: _____
Neal C. Belgam (I.D. No. 2721)
1201 North Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400
  Attorneys for Defendants MAAF
Assurances and MAAF Vie S.A.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____        _____
                                    The Honorable _____

123132.00601/40153505v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: May 18, 2005         Signed: _____
                                                          Richard J. Ney, Esquire
                                                          Chadbourne & Parke LLP
                                                          350 South Grand Avenue
                                                          Suite 3300
                                                          Los Angeles, CA  90071
                                                          Telephone: 213-892-2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: May 18, 2005          Signed: *Susan St. Denis*
                                    Susan St. Denis, Esquire
                                    Chadbourne & Parke LLP
                                    350 South Grand Avenue
                                    Suite 3300
                                    Los Angeles, CA 90071
                                    Telephone: 213-892-2095

900200.00001/40153505v1

## CERTIFICATE OF SERVICE

Neal C. Belgam, Esquire, herby certifies that on June 3, 2005, copies of the foregoing MOTION AND ORDER FOR ADMISSION PRO HAC VICE were served via electronic filing upon the following:

Megan Ward Cascio, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347

Rolin P. Bissell, Esquire
Young Conaway Stargatt & Taylor LLP
P.O. Box 391, 17th Floor
The Brandywine Building
1000 West Street
Wilmington, DE  19899-0391

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence P.A.
1200 North Broom Street
Wilmington, DE  19806

Samuel A. Nolen, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
10th & King Streets
Wilmington, DE  19899

_____
Neal C. Belgam (I.D. No. 2721)