IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIG RETIREMENT SERVICE, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> ALTUS FINANCE, S.A., et al. <br><br> Defendants, <br><br> and <br><br> AURORA NATIONAL LIFE ASSURANCE COMPANY and NEW CALIFORNIA LIFE HOLDINGS, INC., <br><br> Nominal Defendants. | Civil Action No. 05-236-SLR |

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER,
MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff, AIG Retirement Service, Inc. ("Plaintiff"), and Nominal Defendants, Aurora National Life Assurance Company and New California Life Holdings, Inc. (collectively "Nominal Defendants") hereby stipulate and agree, subject to the Court's approval, to extend the deadline for Nominal Defendants to answer, move, or otherwise respond to Plaintiff's Complaint

WHEREAS, this action was filed by Plaintiff in the Court of Chancery for the State of Delaware and subsequently removed to this Court on April 25, 2005, and

WHEREAS, prior to this action being removed to this Court, Plaintiff and Nominal Defendants agreed to extend the deadline for Nominal Defendants to answer, move, or otherwise respond to the Complaint through July 11, 2005, and

WHEREAS, Plaintiff and Nominal Defendants desire to further extend the deadline for Nominal Defendants to answer, move, or otherwise respond to the Complaint,

IT IS HEREBY STIPULATED AND AGREED that Nominal Defendants shall have until the later of (i) August 1, 2005; or (ii) if a motion to dismiss is filed by any defendant, twenty days after the Court's resolution of any such motion, for the Nominal Defendants to answer, move, or otherwise respond to the Complaint.

|  | Respectfully submitted, |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL | PHILLIPS, GOLDMAN & SPENCE, P.A. |
| /s/ Megan Cascio | /s/ John C. Phillips |
| Kenneth J. Nachbar (#2067) | John C. Phillips, Jr. (#110) |
| Megan Ward Cascio (#3875) | Brian E. Farnan (#4089) |
| 1201 North Market Street | 1200 North Broom Street |
| P.O. Box 1347 | Wilmington, DE 19806 |
| Wilmington, DE 19899-1347 | (302) 655-4200 |
| (302) 658-9200 | |
| Attorneys for Plaintiff | Attorneys for Nominal Defendants |

IT IS HEREBY SO ORDERED

Date: _____

_____
The Honorable Sue L. Robinson
United States District Judge