## CERTIFICATE OF SERVICE

I, JOHN C. PHILLIPS, JR., hereby certify that on July 1, 2005, I caused the attached **Stipulation and Order Extending Time to Answer, Move, or Otherwise Respond to the Complaint** to be served on the persons appearing on the list below via electronic mail and first class mail.

Megan Ward Cascio, Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

Rolin Bissell, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

Samuel A. Nolen, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
10th & King Streets
Wilmington, DE 19801

Neal C. Belgam, Esquire
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 Market Street
Wilmington, DE 19801-4226

Under penalty of perjury, I certify the foregoing to be true and correct.

_____
JOHN C. PHILLIPS, JR. (#110)