# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S.COURTHOUSE
WILMINGTON, DELAWARE 19801

July 13, 2005

<u>VIA UPS DELIVERY</u>
Sherri R. Carter, District Court Executive
United States District Court
Central District of California
Attn: Intake Section
312 North Spring Street, Room G-8
Los Angeles, CA 90012

Re:   *Delaware Civil Case 1:05-236-SLR; AIG Retirement Services, et al. v. Altus Finance S.A., et al.*

Dear Clerk Carter:

In accordance with the stipulation transferring the above captioned action (D.I. 12), signed by Chief Judge Sue L. Robinson, United States District Judge for the District of Delaware on July 12, 2005, I am transferring Delaware Civ. No. 1:05-236-SLR to the Central District of California. Please find enclosed the original complaint (D.I. 1) along with certified copies of both the docket sheet and the stipulation.

This court began electronic filing as of March 1, 2005 thus all docket items filed as of that date and later (D.I. 1-12) are available electronically on CM/ECF.

Please acknowledge receipt of the above by signing and dating the enclosed copy of this letter. Please return the same to me in the enclosed, self-addressed, envelope.

Sincerely,

Peter T. Dalleo, Clerk

By: /s/ Rosemma L. Dinto
Deputy Clerk

Enclosures

cc:   The Honorable Sue L. Robinson
      All local counsel of record